No. 184. DELBERT B. GRAY, PETITIONER, *v.* UNION CASUALTY AND SURETY COMPANY. March 4, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit dismissed for the want of prosecu-

tion. *Mr. Ira J. Williams* for petitioner. *Mr. Maurice W. Sloan* for respondent.